LOUIS GOLD, Trading as CLARKSON LIVE POULTRY MARKET, Appellant, v. SAMUEL ROTH and Another, Respondents.— Order denying motion to punish

defendant for a contempt of court affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.